IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

HARRY SEIPEL, et al.

    Plaintiffs,

v.                                                                 CASE NO.: 2:15cv492

BAY'S EDGE CONDOMINIUM
ASSOCIATION, et al.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties stipulate that this action is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs, subject to any separate agreement among the defendants.

Date: November 29, 2016

_____/s_____              _____/s/_____
Todd M. Gaynor, Esq. (VSB No. 47742)      Donald E. Morris, Esq. (VSB No. 72410)
GAYNOR LAW CENTER, P.C.                    LAW OFFICE OF ANTONY K. JONES
440 Monticello Ave., Suite 1800                    3957 Westerre Parkway, Suite 320
Norfolk, Virginia 23510                                Richmond, Virginia 23233
PH: (757) 828-3739                                      PH: (804) 934-2682
FX: (757) 257-3674                                      FX: (312) 894-3584
EM: tgaynor@gaynorlawcenter.com               EM: Donald.morris@cna.com

Steven B. Wiley (VSB No. 47531)                   *Counsel for Defendant*
WILEY LAW OFFICES, PLLC
440 Monticello Ave., Suite 1817
Norfolk, Virginia 23510
PH: (757) 955-8455
FX: (757) 319-4089
EM: swiley@wileylawoffices.com

*Counsel for Plaintiff*